**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Nick Barthel, Esq. (SBN: 319105)
nicholas@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Yana Hart, Esq. (SBN: 306499)
yana@kazlg.com
David James McGlothlin (SBN: 253265)
david@kazlg.com
2221 Camino Del Rio S, Ste 101
San Diego, CA

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL STEPHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NUCELL LLC d/b/a NUCELL LABS and VITACOST.COM, INC.,<br><br>Defendants. | Case No.: 2:20-cv-00522-WBS-EFB<br><br>**VOLUNTARY DISMISSAL OF VITACOST.COM, INC. WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Russell Stephen dismisses defendant VitaCost.com, Inc. without prejudice as to Plaintiff's individual claims and without prejudice as to the putative class' claims.

Dated: April 16, 2020              Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By:  *s/ Abbas Kazerounian*
ABBAS KAZEROUNIAN, ESQ.
NICHOLAS BARTHEL, ESQ.
*Attorneys for Plaintiff*