# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL STEPHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NUCELL LLC d/b/a NUCELL LABS and VITACOST.COM, INC.,<br><br>Defendants. | Case No.: 2:20-cv-00522-WBS-EFB<br><br>**ORDER GRANTING THE VOLUNTARY DISMISSAL OF VITACOST.COM, INC. WITHOUT PREJUDICE** |

Based upon the Voluntary Dismissal, and good cause, this Court hereby orders Defendant Vitacost.com, Inc. to be, and is, dismissed without prejudice as to Plaintiff's individual claims and without prejudice to the putative class's claims.

IT IS SO ORDERED.

Dated: April 16, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**PROPOSED ORDER**             1